**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

FILED

02 OCT 16 PM 2:07

U.S. ⬚⬚⬚⬚ ⬚⬚⬚⬚ ⬚T
N.D. OF ALABAMA

| | | |
|---|---|---|
| BANCPARTNERS LEASING, INC.,<br>f/k/a FIRST COMMERCE<br>LEASING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV01-S-3216-S |
| | ) | |
| AARIST INTERNATIONAL, INC.,<br>d/b/a AARIST COMPUTER RENTALS,<br>MELVIN F. SCHELL, JR.,<br>DOLLIE SCHELL, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

ENTERED

OCT 16 2002

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

**FINDINGS OF FACT AND**
**CONCLUSIONS OF LAW**

This action is before the court on plaintiff's evidentiary submission in support of its motion for default judgment against defendant Aarist International, Inc., d/b/a Aarist Computer Rentals. Having considered the evidence and particularly, the affidavits of Jimmy Collins and Eric T. Ray, the court finds and concludes as follows.

1. Defendant Aarist International, Inc. was duly served with a copy of the summons and complaint and has failed to file an answer, or otherwise respond.

2. Entry of default as to Aarist International, Inc. was made on January 28, 2002.

3. The current debt of defendant Aarist International, Inc. to plaintiff Bancpartners Leasing, Inc. is $180,861.69 pursuant to Equipment Lease Agreements numbered 00010157, 00010166, 01010104, and 01010124, executed by the parties on May 8, 2000, May 24, 2000, February 19, 2001, and March 7, 2001, respectively.

4. That said Equipment Lease Agreements provide for reasonable attorney fees and costs, and that the sum of $4,689.00, which includes $150 in filing fees, claimed by counsel for plaintiff is fair and reasonable.

A judgment by default in the total amount of $185,550.69 will be entered separately.

29

DONE this ___16th___ day of October, 2002.

United States District Judge